**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30147 |
| Plaintiff-Appellee, | D.C. No. 9:08-cr-00005-DWM-1 |
| v. | |
| MATTHEW SCOTT BURGESS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted February 4, 2020**

Before:    FERNANDEZ, SILVERMAN, and TALLMAN, Circuit Judges.

Matthew Scott Burgess appeals from the district court's judgment and

challenges the revocation of supervised release and the 24-month sentence

imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Burgess's counsel has filed a brief stating that there are no grounds for relief, along

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record.  We have provided Burgess the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**